UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

04 10264 PBS

NEWPORT CREATIVE
COMMUNICATIONS, INC.,

Plaintiff,

MAGISTRATE JUDGE Dein

v.

AMERICAN DIABETES
ASSOCIATION,

Defendant.

Civil Action No.
RECEIPT # _____ 53677
AMOUNT $ 150
SUMMONS ISSUED N/A
LOCAL RULE 4.1 ✓
WAIVER FORM ✓
MCF ISSUED _____
BY DPTY. CLK. F.O.M
DATE 2/9/04

### DEFENDANT'S NOTICE OF REMOVAL

TO:   The Honorable Judges
      Of the United States District Court
      For the District of Massachusetts

Pursuant to 28 U.S.C. § 1441 and 28 U.S.C. § 1446, Defendant, the American Diabetes Association ("Defendant"), hereby removes this action from the Superior Court of Plymouth County, Commonwealth of Massachusetts, to this Court. The grounds for removal are:

1.  This is a civil action brought by the Plaintiff, Newport Creative Communications, Inc. (hereinafter "Plaintiff"), in the Superior Court of Plymouth County, Commonwealth of Massachusetts (Civil Action No. 04-0057A). Copies of the Summons and Complaint were first informally received by Defendant's National Vice President of Legal and Administrative Affairs on January 20, 2004 and formally served upon Defendant on January 30, 2004. Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders served on defendant are attached hereto as Exhibit A.

2.  Plymouth County, Massachusetts, the place where this action was originally filed, is within the geographic boundaries of the United States District Court for the District of Massachusetts. 28 U.S.C. § 101.

3.  Defendant desires to exercise its rights under the provisions of 28 U.S.C. § 1441, et seq., to remove this action from the Superior Court of Plymouth County, Commonwealth of Massachusetts.

4.  This action filed by Plaintiff in state court is removable to this Court under 28 U.S.C. § 1441(a) as an action over which the District Courts of the United States have been given original jurisdiction under 28 U.S.C. § 1332. Plaintiff is a foreign corporation, organized under the laws of California, with its principal place of business located in Duxbury, Massachusetts. (See Complaint ¶ 3, annexed hereto.) Defendant is a foreign corporation organized under the laws of Ohio, with its principal place of business located in Alexandria, Virginia. (See Complaint ¶ 4.) Thus, there is complete diversity of citizenship between the parties. The amount in controversy is alleged to be $336,838.68, well in excess of the $75,000 jurisdictional threshold, exclusive of interest, fees and costs. Accordingly, this Court has original jurisdiction of this action under 28 U.S.C. § 1332.

5.  Defendant is filing this Notice of Removal within the time period prescribed by 28 U.S.C. § 1446.

6.  Pursuant to 28 U.S.C. § 1446(d), Defendant will promptly file a copy of this Notice of Removal with the Clerk, Superior Court of Plymouth County, Commonwealth of Massachusetts, 72 Belmont Street, Brockton, MA 02301.

7.  Pursuant to 28 U.S.C. § 1446(d), Defendant will promptly serve a copy of this Notice of Removal upon counsel for Plaintiff.

**WHEREFORE**, Defendant petitions that the above action now pending in the Superior Court of Plymouth County, Commonwealth of Massachusetts, be removed therefrom to this Court.

Dated: February 6, 2004.

                                        Respectfully submitted:

                                        Robert Joy (BBO # 254820)
                                        Michael Clarkson (BBO # 646680)
                                        Mark M. Whitney (BBO # 637054)
                                        **MORGAN, BROWN & JOY, LLP**
                                        One Boston Place
                                        Boston, MA 02108
                                        (617) 523-6666 - phone
                                        (617) 367-3125 - fax

- 4 -

## CERTIFICATE OF SERVICE

I certify that on today's date a copy of Defendant's Notice of Removal has been furnished to counsel for the Plaintiff, Kenneth H. Tatarian, 101 Arch Street, 9th Floor, Boston, MA 02110-1130, by overnight mail and upon the Clerk of the Court, Superior Court of Plymouth County, 72 Belmont Street, Brockton, Massachusetts 02301, also by overnight mail.

_____
Michael Clarkson (BBO # 646680)

Dated: 2/6/04