## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **NEWPORT CREATIVE COMMUNICATIONS, INC.,**<br><br>**Plaintiff,**<br><br>v.<br><br>**AMERICAN DIABETES ASSOCIATION,**<br><br>**Defendant.** | **Civil Action No.:**<br>**04-10264-PBS** |

## DEFENDANT AMERICAN DIABETES ASSOCIATION'S CORPORATE DISCLOSURE STATEMENT [F.R.C.P. 7.1 and LOCAL RULE 7.3]

Pursuant to F.R.C.P. 7.1(a) and Local Rule 7.3(A), the undersigned counsel of record for corporate Defendant American Diabetes Association hereby indicates that American Diabetes Association does not have a parent corporation and no publicly held corporation owns more than ten percent of American Diabetes Association stock.

American Diabetes Association

By their attorneys,

_____ Date: 2/19/04

Robert Joy (BBO # 254820)
Michael Clarkson (BBO # 646680)
Mark M. Whitney (BBO # 637054)
**MORGAN, BROWN & JOY, LLP**
One Boston Place
Boston, MA  02108
(617) 523-6666 - phone
(617) 367-3125 - fax

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of Defendant American Diabetes Association's Corporate Disclosure Statement [F.R.C.P. 7.1 and Local Rule 7.3] was served on counsel for the Plaintiff, Kenneth H. Tatarian, 101 Arch Street, 9th Floor, Boston, MA 02110-1130, by hand delivery and (two copies) upon the Clerk of the Court, United States District Court for the District of Massachusetts, John Joseph Moakley U.S. Courthouse, 1 Courthouse Way, Suite 2300, Boston, MA 02210 also by hand delivery.

Michael Clarkson (BBO # 646680)

Dated: 2\19\04