UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEWPORT CREATIVE <br>     COMMUNICATIONS, INC. <br><br>     Plaintiff, <br><br> v. <br><br> AMERICAN DIABETES <br>     ASSOCIATION, <br><br>     Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 04-10264-PBS <br> ) <br> ) <br> ) <br> ) <br> ) |

## PLAINTIFF'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Plaintiff Newport Creative Communications, Inc. states, pursuant to Rule 7.1, Fed.R.Civ.P., that it does not have a parent corporation, and no publicly held corporation owns more than ten (10) percent of its stock.

By its attorney,

*Kenneth H. Tatarian*
Kenneth H. Tatarian
BBO #492720
101 Arch Street, 9th Floor
Boston, MA 02110-1130
(617) 261-6300

Dated: March 29, 2004

I certify that I served a copy of the foregoing document on all counsel of record on March 29, 2004.

*Kenneth H. Tatarian*

411discl

- 1 -