UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

U.S. DISTRICT
DISTRICT OF MASS.

| | |
|---|---|
| NEWPORT CREATIVE COMMUNICATIONS, INC. | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil Action No. 04-10264-PBS ) |
| AMERICAN DIABETES ASSOCIATION, | ) ) ) |
| Defendant. | ) ) |

## PLAINTIFF'S LOCAL RULE 16.1 CERTIFICATIONS

Plaintiff Newport Creative Communications, Inc. and its undersigned counsel certify

that they have conferred: (a) with a view to establishing a budget for the costs of conducting

the full course - and various alternative courses - of the litigation; and (b) to consider the

resolution of the litigation through the use of alternative dispute resolution programs such as

those outlined in LR 16.4.

Newport Creative Communications, Inc.          By its attorney,

By: Michael A. Walsh, President

Kenneth H. Tatarian
BBO #492720
101 Arch Street, 9th Floor
Boston, MA  02110-1130
(617) 261-6300

Dated: March 29, 2004

I certify that I served a copy of the foregoing document on all counsel of record on March 29, 2004.

- 1 -

411certs

## UNITED STATE DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

---

NEWPORT CREATIVE
COMMUNICATIONS, INC.,

        Plaintiff and
        Defendant in Counterclaims,   :

        -v.-

AMERICAN DIABETES ASSOCIATION,

        Defendant and
        Plaintiff in Counterclaims.

Civil Action No.: 04-10264-PBS

**ADA's LOCAL RULE
16.1(D)(3) CERTIFICATION**

---

Pursuant to Local Rule 16.1(D)(3), the undersigned hereby certify that they have

conferred regarding a budget for the full course of this litigation and regarding a budget for

alternatives to full litigation of this matter. The undersigned also certify that they have

considered attempts to resolve this litigation through the use of alternative dispute resolution

programs outlined at Local Rule 16.4.

_____ Date: 3/29/04

Duane Brown, Esq.
National Vice President
Legal and Administrative Affairs
American Diabetes Association

_____ Date: 3/24/04

Robert P. Joy (BBO # 254820)
Michael Clarkson (BBO # 646680)
MORGAN, BROWN & JOY, LLP
Counsel for American Diabetes Association

-1-

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document (ADA's Local Rule 16.1(D)(3) Certification) was served upon Newport Creative Communication, Inc.'s counsel Kenneth H. Tatarian, 101 Arch Street, 9th Floor, Boston, MA  02110-1130, by U.S. mail on March 29, 2004.

Michael Clarkson, Esq.

Dated: March 29, 2004