UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Newport Creative Communications, Inc.
Plaintiff,

V.                                              Civil Action Number
                                                04-10264-PBS

American Diabetes Association
Defendant.                                      April 5, 2004

## SCHEDULING ORDER

Saris, D.J.,

Fact Discovery deadline: 1/5/05

Plaintiff's expert designation deadline: 9/5/04

Defendant's expert designation deadline: 9/5/04

Expert discovery deadline: 1/5/05

Summary Judgment Motion filing deadline: 2/7/05

Opposition to Summary Judgment Motions: 3/7/05

Hearing on Summary Judgment or Pretrial Conference: 4/12/05 at 2:00 p.m.

Case to be referred to Mediation program: Fall, 2004

                                                By the Court,

                                                /s/ Robert C. Alba
                                                Deputy Clerk