# Commonwealth of Massachusetts

PLYMOUTH, SS.

SUPERIOR COURT DEPARTMENT OF THE
TRIAL COURT OF THE COMMONWEALTH
CIVIL ACTION
NO. 04-0057A

4/28/04

**Newport Creative Communications, Inc.**, Plaintiff(s)

VS.

**American Diabetes Association**, Defendant(s)

NOTICE TO DEFENDANT – You need not appear in Court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's Office at Brockton.

WHEREAS a civil action has begun against you in our Superior Court Department of the Trial Court, within and for the County of Plymouth, by _____

and whereas it appears from the officer's return on process issued herein that after diligent search he can find no one upon whom he can lawfully make service, and after hearing it is ORDERED by the Court that the following summons issue for service upon you: –

## SUMMONS

To the above-named Defendant : **American Diabetes Association**

You are hereby summoned and required to serve upon **Kenneth H. Tatarian**, plaintiff's attorney, whose address is **101 Arch St., 9th Fl, Boston, MA**, an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this Court at PLYMOUTH either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, _____, Esquire at Brockton, the **14th** day of **January**, in the year of our Lord **2004**.

_____ Clerk

ATTACHED HERETO AND MADE A PART HEREOF IS A TRUE COPY OF SAID PROCESS.

ATTACHED HERETO AND MADE A PART HEREOF IS A TRUE COPY OF ORDER RE: SERVICE.