UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NEWPORT CREATIVE COMMUNICATIONS
INC.,
      Plaintiff,

v.                                      CIVIL ACTION
                                      04-CV-10264-PBS

AMERICAN DIABETES
ASSOCIATION,
      Defendant.

NOTICE OF MEDIATION

TAKE NOTICE that the above-entitled case has been scheduled for a MEDIATION with principals present at 2:00 p.m. on Tuesday, November 16, 2004 before the Honorable Walter Jay Skinner in Courtroom 5 on the third floor of the United States District Courthouse, 1 Courthouse Way, Boston, MA 02201.

                                      By: s/ Barbara Clarke
                                      Barbara Clarke (617) 748-9275
                                      (Available Only Tuesday, Wednesday
                                      and Thursday) or call
                                      George Howarth (617) 748-9127

To:  ALL COUNSEL OF RECORD
July 13, 2004