UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEWPORT CREATIVE ) <br> COMMUNICATIONS, INC., ) <br> ) <br>     Plaintiff, ) <br> v. ) <br> ) <br> AMERICAN DIABETES ASSOC., ) <br> ) <br>     Defendant. ) | CIVIL ACTION <br> NO. 04-10264-PBS |

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE SARIS

[ X ]   The above-entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[   ]   On _____, I held the following ADR proceeding:

    _____ SCREENING CONFERENCE     _____ EARLY NEUTRAL EVALUATION

    _____ MEDIATION     _____ SUMMARY BENCH/JURY TRIAL

    _____ MINI-TRIAL     _____ SETTLEMENT CONFERENCE

All parties were represented by counsel, except _____.

The parties were /were not present in person or by authorized corporate officer, except _____.

The case was:

[ X ]   Your clerk should enter a 60-day order of dismissal.

[   ]   There was progress. A further conference has been scheduled for _____, unless the case is reported settled prior to that date.

[   ]   Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

[   ]   Suggested strategy to facilitate settlement:

_____
_____

                                                             / s / Judith Gail Dein
                                                             Judith Gail Dein, U.S. Magistrate Judge
DATED: November 9, 2004                                         ADR Provider

2