EXHIBIT ONE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| NEWPORT CREATIVE COMMUNICATIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN DIABETES ASSOCIATION, <br><br> Defendant. | Civil Action No.: <br> 04-10264-PBS <br><br> **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

The parties hereby stipulate and agree that this entire action, and all claims asserted

against Plaintiff and Defendant therein, is hereby dismissed with prejudice and without costs or

attorneys' fees against any party.

Respectfully submitted,

NEWPORT CREATIVE
COMMUNICATIONS, INC.

By its attorney,

Kenneth H. Tatarian, Esquire
101 Arch Street, 9th Floor
Boston, MA 02110-1130
617-261-6300 phone
617-261-6336 fax

_Kenneth H. Tatarian_ Date: 12/3/04
Kenneth H. Tatarian (B.B.O. No. 492720)

AMERICAN DIABETES ASSOCIATION

By its attorneys

MORGAN, BROWN & JOY, LLP
One Boston Place
Boston, MA 02108
617-788-5015 – phone
617-367-3125 - fax

_____ Date: 12/3/04
Robert P. Joy, Esq., (B.B.O. No. 254820)
Michael Clarkson (B.B.O. No. 646680)

Initials: _____  _____